UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-62451-BB

SANDRA GARCIA

    Plaintiff,

v.

ASSET CAMPUS HOUSING, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice. *See* ECF No. [16]. It is **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 5th day of February, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record